Opinion issued February 25, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00116-CV

_____

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**CHRISTOPHER ANDRADE, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-19781**

---

## MEMORANDUM OPINION

Appellee Christopher Andrade has filed an unopposed motion to dismiss this appeal from the trial court's interlocutory order denying Appellant Union Pacific Railroad Company's special appearance. Andrade asserts that the appeal is moot because he has nonsuited his claims against Union Pacific in the trial court. After

due consideration, we grant the unopposed motion and dismiss the appeal for lack of subject-matter jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f); *see also Travelers Ins. Co. v. Joachim*, 315 S.W.3d 860, 862 (Tex. 2010) (noting that a nonsuit "renders the merits of the nonsuited case moot"); *Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) ("Appellate courts are prohibited from deciding moot controversies."). Costs will be taxed against the party incurring same.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.